THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. ADAMS, Appellant, *v.* JACOB F. STOLL et al., as Assessors of the Town of Rosendale, Respondents.

*People ex rel. Adams v. Stoll,* 117 App. Div. 914, affirmed.
(Argued April 2, 1907; decided April 16, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 4, 1907, which affirmed two orders of Special Term, one dismissing a writ of certiorari and the other denying a motion to strike from the assessment roll of the town of Rosendale certain assessments against relator's real property.

*George R. Adams* appellant in person.

*Howard Chipp* and *John E. Hardenburg* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.